

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2021

No. 04-21-00196-CR

Ricky Maurice **RICHARDSON**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5898
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The reporter's record was originally due on June 14, 2021. On June 18, 2021, the Clerk's Office notified Court Reporter Tonya Thompson that the reporter's record was late. Ms. Thompson was instructed to file a Notification of Late Record explaining the delay within ten days, or to file the reporter's record within thirty days. Neither a response nor the record has been filed in this court.

It is therefore ORDERED that Ms. Thompson file the reporter's record in this court **no later than August 9, 2021**. If the record is not received by that date, an order will be issued directing Ms. Thompson to appear before this court to show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Thompson by certified mail, return receipt requested, and by United States mail. And, because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See* TEX. R. APP. P. 35.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2021.



Michael A. Cruz,
Clerk of Court